**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Julio HERRERA–COTERO,
Defendant–Appellant.**

No. 02–10161.

D.C. No. CR–01–01128–JAT.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS and
RAWLINSON, Circuit Judges.

MEMORANDUM**

Julio Herrera–Cotero appeals his guilty-plea conviction and 34–month sentence imposed for illegally entering the United States following deportation, in violation of 8 U.S.C. § 1326. Herrera–Cotero's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Herrera–Cotero has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.